IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEORIA TAZEWELL PATHOLOGY GROUP, S.C.; CONSULTANTS IN LABORATORY MEDICINE AND PATHOLOGY, LTD.; CONSULTANTS IN CLINICAL PATHOLOGY, LTD.; R. GLENN HESSEL, M.D.; RONALD CHAMPAGNE, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> JACK MESSMORE, ACTING DIRECTOR OF THE STATE OF ILLINOIS DEPARTMENT OF INSURANCE, in His Official Capacity; ILLINOIS DEPARTMENT OF INSURANCE; LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, in Her Official Capacity; STATE OF ILLINOIS c/o LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) CASE NO. 11 cv 04317 ) ) JUDGE John W. Darrah ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Peoria Tazewell Pathology Group, S.C. ("PTPG"), Consultants in Laboratory Medicine and Pathology Ltd. ("CLMP") and Consultants in Clinical Pathology, Ltd. ("CCP"), R. Glenn Hessel, M.D., and Ronald Champagne, M.D. (hereinafter, collectively "Plaintiffs") moves this Court pursuant to Rule 65(a) of the Federal Rules of Civil Procedure to issue a Preliminary Injunction enjoining Defendants, The Illinois Department of Insurance; Jack Messmore, Acting Director of The Illinois Department of Insurance, in his official capacity; The

2770461

State of Illinois; Lisa Madigan, Illinois Attorney General, in her official capacity, (hereinafter, collectively "State") from:

  A. implementation and enforcement of the statute known as Public Act 096-1523, codified as amendments to 215 ILCS § 356z.3 and at new section 215 ILCS § 356z.3a (hereinafter "the Statute"); and

  B. from taking any action against Plaintiffs or any other nonparticipating in-facility provider, as that term is defined within the Statute, for any failure to comply with the terms of the Statute.

  Plaintiffs also seek by separate motion an expedited briefing schedule and hearing on this motion. In support of their motion, Plaintiffs incorporate herein and rely upon the facts and law set forth in their Brief in Support, Supporting Affidavits being filed concurrently herewith, and the Verified Complaint filed on Friday, June 24, 2011.

  A proposed Order is attached hereto for the Court's convenience.

            Respectfully submitted,

            Peoria Tazewell Pathology Group, S.C.,
            Consultants in Laboratory Medicine and
            Pathology, Ltd., Consultants in Clinical
            Pathology, Ltd., R. Glenn Hessel, M.D. and
            Ronald Champagne, M.D.

            By: /s/Richard N. Kessler
               One of their Attorneys

**ATTORNEYS FOR PLAINTIFFS**
**McDONALD HOPKINS LLC**
RICHARD N. KESSLER (6183140)
JOSEPH J. JACOBI (6273967)
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
Tel: (312) 280-0111
Fax: (312) 280-8236
Email: rkessler@mcdonaldhopkins.com
    jjacobi@mcdonaldhopkins.com

2770461

**McDONALD HOPKINS LLC**
ANNE OWINGS FORD (OH 0043717) (intent to appear pro hac vice motion filed)
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5400
Fax: (216) 348-5474 (facsimile)
Email: aoford@mcdonaldhopkins.com

Dated: June 27, 2011

2770461