IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEORIA TAZEWELL PATHOLOGY GROUP, S.C.; CONSULTANTS IN LABORATORY MEDICINE AND PATHOLOGY, LTD.; CONSULTANTS IN CLINICAL PATHOLOGY, LTD.; R. GLENN HESSEL, M.D.; RONALD CHAMPAGNE, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> JACK MESSMORE, ACTING DIRECTOR OF THE STATE OF ILLINOIS DEPARTMENT OF INSURANCE, in His Official Capacity; ILLINOIS DEPARTMENT OF INSURANCE; LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, in Her Official Capacity; STATE OF ILLINOIS c/o LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, <br><br> Defendants. | CASE NO. 11 cv 04317 <br><br> JUDGE John W. Darrah |

## PLAINTIFFS' MOTION TO EXPEDITE BRIEFING AND ORAL ARGUMENT

Plaintiffs, Peoria Tazewell Pathology Group, S.C. ("PTPG"), Consultants in Laboratory Medicine and Pathology Ltd. ("CLMP"), Consultants in Clinical Pathology, Ltd., ("CCP") R. Glenn Hessel, M.D. and Ronald Champagne, M.D. (hereinafter, collectively, "Plaintiffs") respectfully request that this Court issue an Order expediting briefing and oral argument in this matter.

"[A] district court possesses substantial discretion to control its docket." *Machinery Movers, Riggers and Machinery Erectors, Local 136 v. Nationwide Life Ins. Co.*, 2006 WL

2927607, at *2 (N.D. Ill. 2006) (quoting *Employers Ins. of Wausau v. Shell Oil Co.,* 820 F.2d 898, 902 (7th Cir.1987)). This fundamental authority includes the power to set an expedited schedule for court proceedings, and doing so is appropriate where it appears clear that time is of the essence. *Accord Integrated Business Information Service (Proprietary) Ltd. v. Dun & Bradstreet Corp.,* 714 F. Supp. 296, 299 (N.D .Ill. 1989).

Plaintiffs respectfully submit that an expedited briefing schedule and hearing on Plaintiffs' motion for preliminary injunction are imperative in this case. For the reasons articulated in the brief in support of Plaintiffs' motion, Illinois Public Act 096-1523 is unconstitutional on its face and will cause Plaintiffs immediate, irreparable harm if allowed to stand and if enforced, and the potential harms to Plaintiffs are not compensable in money damages, and enforcement of this statute is imminent. Furthermore, this case involves important and novel issues of law under both the Illinois and United States Constitution, the delayed resolution of which will harm not just Plaintiffs, but the public at large.

For these reasons, Plaintiffs respectfully request that this Court set an expedited briefing schedule as follows: Defendants' brief in opposition shall be due no later than July 1, 2011 and Plaintiffs' reply brief shall be due no later than July 6, 2011. Plaintiffs also respectfully request that this Court hear oral argument on the motion for preliminary injunction on July 8, 2011, or as soon thereafter as the Court can accommodate at its earliest convenience.

Respectfully submitted,

Peoria Tazewell Pathology Group, S.C., Consultants in Laboratory Medicine and Pathology, Ltd., Consultants in Clinical Pathology, Ltd., R. Glenn Hessel, M.D. and Ronald Champagne, M.D.

By: /s/Richard N. Kessler
     One of their Attorneys

**ATTORNEYS FOR PLAINTIFFS**
**McDONALD HOPKINS LLC**
RICHARD N. KESSLER (6183140)
JOSEPH J. JACOBI (6273967)
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
Tel:   (312) 280-0111
Fax:  (312) 280-8236
Email:  rkessler@mcdonaldhopkins.com
         jjacobi@mcdonaldhopkins.com

**McDONALD HOPKINS LLC**
ANNE OWINGS FORD (OH 0043717) (intent to appear pro hac vice motion filed)
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114
Tel:   (216) 348-5400
Fax:  (216) 348-5474 (facsimile)
Email:  aoford@mcdonaldhopkins.com