# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Peoria Tazewell Pathology Group, S.C., et al.

                                        Plaintiff,

v.                                          Case No.: 1:11–cv–04317
                                          Honorable John W. Darrah

Jack Messmore, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 27, 2011:

       MINUTE entry before Honorable Edmond E. Chang: With regard to Plaintiffs' motion to expedite [7], Defendants shall respond to the motion to expedite (not the preliminary injunction motion) on or before the close of business on 06/29/11. Upon review of Plaintiffs' verified complaint, brief in support of the preliminary injunction, and the exhibits in support, the Court will not expedite the briefing on the dates proposed by Plaintiffs in light of the extensiveness of Defendants' challenge (explained in their 41–page brief with multiple exhibits) and the nature of the interests at stake. The Court will consider, however, some other expedited briefing. Plaintiffs' counsel shall immediately serve Defendants –– and in particular, counsel for Defendants –– with the complaint, filings (including the motion to expedite), and this order. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.