IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEORIA TAZEWELL PATHOLOGY GROUP, S.C.; CONSULTANTS IN LABORATORY MEDICINE AND PATHOLOGY, LTD.; CONSULTANTS IN CLINICAL PATHOLOGY, LTD.; R. GLENN HESSEL, M.D.; RONALD CHAMPAGNE, M.D., ) ) ) ) ) ) ) ) | CASE NO. 11 cv 04317<br><br>JUDGE John W. Darrah |
| Plaintiffs, ) | |
| v. ) ) | **NOTICE OF ADDRESS CHANGE FOR PLAINTIFF RONALD CHAMPAGNE, M.D.** |
| JACK MESSMORE, ACTING DIRECTOR OF THE STATE OF ILLINOIS DEPARTMENT OF INSURANCE, in His Official Capacity; ILLINOIS DEPARTMENT OF INSURANCE; LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, in Her Official Capacity; STATE OF ILLINOIS c/o LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that effective June 25, 2011, Ronald Champagne, M.D. has a new address. The new address information for Ronald Champagne, M.D. is as follows:

**Ronald Champagne, M.D.**
8 Olympia Fields Drive
Pekin, Illinois 61554

{2770375:}

>Peoria Tazewell Pathology Group, S.C., Consultants in Laboratory Medicine and Pathology, Ltd., Consultants in Clinical Pathology, Ltd., R. Glenn Hessel, M.D. and Ronald Champagne, M.D.
>
>
>By:     /s/Richard N. Kessler
>        One of its Attorneys

**ATTORNEYS FOR PLAINTIFFS**
**McDONALD HOPKINS LLC**
RICHARD N. KESSLER (6183140)
JOSEPH J. JACOBI (6273967)
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
Tel:    (312) 280-0111
Fax:    (312) 280-8236
Email:  rkessler@mcdonaldhopkins.com
        jjacobi@mcdonaldhopkins.com

**McDONALD HOPKINS LLC**
ANNE OWINGS FORD (OH 0043717) (intent to appear pro hac vice motion filed)
600 Superior Ave., East, Suite 2100
Cleveland, OH  44114
Tel:    (216) 348-5400
Fax:    (216) 348-5474 (facsimile)
Email:  aoford@mcdonaldhopkins.com

Dated: June 28, 2011

# **CERTIFICATE OF SERVICE**

I, Richard N. Kessler, an attorney, hereby certify that on June 28, 2011, I electronically filed Notice of Address Change with the Clerk of the Court using the Electronic Case Filing System and in compliance with the General Order on Electronic Case Filing, Section III(B)(1). I hereby certified that I have served the document via U.S. Mail to the following:

JACK MESSMORE, ACTING DIRECTOR OF THE STATE OF ILLINOIS DEPARTMENT OF INSURANCE, in His Official Capacity
100 West Randolph Street, Suite 9-301
Chicago, Illinois 60601

ILLINOIS DEPARTMENT OF INSURANCE
100 West Randolph Street, Suite 9-301
Chicago, Illinois 60601

LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, in Her Official Capacity
Chicago Main Office
100 West Randolph Street
Chicago, Illinois 60601

STATE OF ILLINOIS
c/o LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS
Chicago Main Office
100 West Randolph Street
Chicago, Illinois 60601

/s/ Richard N. Kessler

{2770375:}