IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEORIA TAZEWELL PATHOLOGY GROUP, S.C.; CONSULTANTS IN LABORATORY MEDICINE AND PATHOLOGY, LTD.; CONSULTANTS IN CLINICAL PATHOLOGY, LTD.; R. GLENN HESSEL, M.D.; RONALD CHAMPAGNE, M.D., <br><br> Plaintiffs, <br> v. <br><br> JACK MESSMORE, ACTING DIRECTOR OF THE STATE OF ILLINOIS DEPARTMENT OF INSURANCE, in His Official Capacity; ILLINOIS DEPARTMENT OF INSURANCE; LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, in Her Official Capacity; STATE OF ILLINOIS c/o LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, <br><br> Defendants. | ) ) ) ) ) ) CASE NO. 11 cv 04317 ) ) JUDGE   John W. Darrah ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO SET HEARING ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Peoria Tazewell Pathology Group, S.C., Consultants in Laboratory Medicine and Pathology Ltd., Consultants in Clinical Pathology, Ltd., R. Glenn Hessel, M.D. and Ronald Champagne, M.D. (collectively "Plaintiffs")  move this Court to set a hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 5).  In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Verified Complaint in this case on June 24, 2011 (Dkt. 1), seeking preliminary injunctive relief among other remedies.

2. On June 27, 2011, Plaintiffs filed their Motion for Preliminary Injunction (Dkt. 5), as well as a corresponding motion seeking expedited briefing and oral argument (Dkt. 7).

3. By its Minute Entry of June 27, 2011 (Dkt. 8), the Court invited Defendants to respond on or before June 29, 2011, to Plaintiffs' motion for expedited briefing and oral argument.

4. On June 27, 2011, Defendants filed their response to Plaintiffs' request for expedited briefing and oral argument (Dkt. 17). Defendants proposed there that they be permitted to file a "Response to the Motion for Preliminary Injunction" on or before July 26, 2001, after which Plaintiffs should file their reply in support of that motion on or before August 10, 2011. (Dkt. 17, at p. 2.)

5. The Court denied Plaintiffs' motion to expedite on June 30, 2011 (Dkt. 25), and entered a briefing schedule on Plaintiffs' Motion for Preliminary Injunction following Defendants' proposal. Specifically, and in order that the motion would be fully briefed upon the return of the assigned judge, the Court ordered Defendants to respond to the motion by July 26, 2011, and Plaintiffs to reply by August 10, 2011. (*See* Dkt. 25, at p.2.)

6. On July 26, 2011, Defendants filed a Motion to Dismiss, with a Brief in Support thereof and in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 28 and 29).

7. Thereafter, on August 10, 2011, in accordance with the Court's Order, Plaintiffs filed their reply memorandum in support of their Motion for Preliminary Injunction.

8. Plaintiffs' Motion for Preliminary Injunction is now fully briefed for hearing by this Court.

WHEREFORE, Plaintiffs, Peoria Tazewell Pathology Group, S.C., Consultants in Laboratory Medicine and Pathology Ltd., Consultants in Clinical Pathology, Ltd., R. Glenn Hessel, M.D. and Ronald Champagne, M.D., respectfully request that the Court set a hearing on Plaintiff's Motion for Preliminary Injunction, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Peoria Tazewell Pathology Group, S.C., Consultants in Laboratory Medicine, Pathology, Ltd., and Consultants in Clinical Pathology, Ltd., R. Glenn Hessel, M.D. and Ronald Champagne, M.D.

By:   /s/ Joseph J. Jacobi
One of their Attorneys

**ATTORNEYS FOR PLAINTIFFS**
**McDONALD HOPKINS LLC**
RICHARD N. KESSLER (6183140)
JOSEPH J. JACOBI (6273967)
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
Tel:   (312) 280-0111
Fax:   (312) 280-8236
Email: rkessler@mcdonaldhopkins.com
jjacobi@mcdonaldhopkins.com

**McDONALD HOPKINS LLC**
ANNE OWINGS FORD (OH 0043717) (admitted *pro hac vice*)
600 Superior Ave., East, Suite 2100
Cleveland, OH  44114
Tel:   (216) 348-5400
Fax:   (216) 348-5474 (facsimile)
Email: aoford@mcdonaldhopkins.com

Dated: August 17, 2011