IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PEORIA TAZEWELL PATHOLOGY    )
GROUP, S.C.; CONSULTANTS IN    )
LABORATORY MEDICINE AND    )
PATHOLOGY, LTD.; CONSULTANTS    )
IN CLINICAL PATHOLOGY, LTD.;    )   CASE NO.  11 cv 04317
R. GLENN HESSEL, M.D.; RONALD    )
CHAMPAGNE, M.D.,    )
    )   JUDGE   John W. Darrah
    Plaintiffs,    )
v.    )
    )
JACK MESSMORE, ACTING    )
DIRECTOR OF THE STATE OF    )
ILLINOIS DEPARTMENT OF    )
INSURANCE, in His Official Capacity;    )
ILLINOIS DEPARTMENT OF    )
INSURANCE; LISA MADIGAN,    )
ATTORNEY GENERAL OF THE    )
STATE OF ILLINOIS, in Her Official    )
Capacity; STATE OF ILLINOIS    )
c/o LISA MADIGAN, ATTORNEY    )
GENERAL OF THE STATE OF    )
ILLINOIS,    )
    )
    Defendants.    )

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 23, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge John W. Darrah in Courtroom 1203 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion to Set Hearing on Motion for Preliminary Injunction a copy of which is electronically served upon you contemporaneously with this Notice of Motion.

Peoria Tazewell Pathology Group, S.C.,
Consultants in Laboratory Medicine and
Pathology, Ltd., Consultants in Clinical
Pathology, Ltd., R. Glenn Hessel, M.D. and
Ronald Champagne, M.D.

By: /s/Joseph J. Jacobi
One of their Attorneys

**ATTORNEYS FOR PLAINTIFFS**
**McDONALD HOPKINS LLC**
RICHARD N. KESSLER (6183140)
JOSEPH J. JACOBI (6273967)
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
Tel:     (312) 280-0111
Fax:     (312) 280-8236
Email:  rkessler@mcdonaldhopkins.com
           jjacobi@mcdonaldhopkins.com


**McDONALD HOPKINS LLC**
ANNE OWINGS FORD (OH 0043717) (admitted *pro hac vice*)
600 Superior Ave., East, Suite 2100
Cleveland, OH  44114
Tel:     (216) 348-5400
Fax:     (216) 348-5474 (facsimile)
Email:  aoford@mcdonaldhopkins.com

{2864417:}

## CERTIFICATE OF SERVICE

I, Joseph J. Jacobi, an attorney, hereby certify that on August 17, 2011, I electronically filed Plaintiffs' Motion to Set Hearing on Motion For Preliminary Injunction with the Clerk of the Court using the Electronic Case Filing System and in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service.  Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.


/s/ Joseph J. Jacobi