`

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| PEORIA TAZEWELL PATHOLOGY GROUP, S.C.; CONSULTANTS IN LABORATORY MEDICINE AND PATHOLOGY, LTD.; CONSULTANTS IN CLINICAL PATHOLOGY, LTD.; R GLENN HESSEL, M.D.; RONALD CHAMPAGNE, M.D., | ) ) ) ) ) ) ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | CASE NO. 11 cv 04317 |
| v. | ) |  |
|  | ) | JUDGE John W. Darrah |
| JACK MESSMORE, ACTING DIRECTOR OF THE STATE OF ILLINOIS DEPARTMENT OF INSURANCE, in His Official Capacity; ILLINOIS DEPARTMENT OF INSURANCE; LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, in Her Official Capacity; STATE OF ILLINOIS c/o LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, | ) ) ) ) ) ) ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs, Peoria

Tazewell Pathology Group, S.C., Consultants in Laboratory Medicine and Pathology Ltd.,

Consultants in Clinical Pathology, Ltd., R. Glenn Hessel, M.D. and Ronald Champagne, M.D.

(collectively "Plaintiffs") hereby dismiss without prejudice only Counts II, III, IV, V and VI of

their Verified Complaint for Declaratory and Injunctive Relief and Attorney Fees. Count I and

the entire Prayer for Relief and all facts pertinent thereto are not dismissed.

{2879574:}

Respectfully submitted,

Peoria Tazewell Pathology Group, S.C.,
Consultants in Laboratory Medicine,
Pathology, Ltd., and Consultants in Clinical
Pathology, Ltd., R. Glenn Hessel, M.D. and
Ronald Champagne, M.D.


By:      /s/ Joseph J. Jacobi
         One of their Attorneys


**ATTORNEYS FOR PLAINTIFFS**
**McDONALD HOPKINS LLC**
RICHARD N. KESSLER (6183140)
JOSEPH J. JACOBI (6273967)
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
Tel:     (312) 280-0111
Fax:     (312) 280-8236
Email: rkessler@mcdonaldhopkins.com
         jjacobi@mcdonaldhopkins.com

**McDONALD HOPKINS LLC**
ANNE OWINGS FORD (OH 0043717) (admitted pro hac vice)
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114
Tel:     (216) 348-5400
Fax:     (216) 348-5474 (facsimile)
Email: aoford@mcdonaldhopkins.com

Dated: September 1, 2011

{2649404:}                                    2

## CERTIFICATE OF SERVICE

I, Joseph J. Jacobi, an attorney, hereby certify that on September 1, 2011, I electronically filed Plaintiff's Notice of Partial Dismissal Without Prejudice with the Clerk of the Court using the Electronic Case Filing System and in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service.  Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.


/s/ Joseph J. Jacobi