Order Form (01/2005) Case: 1:11-cv-04317 Document #: 40 Filed: 09/23/11 Page 1 of 1 PageID #:399



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4317 | **DATE** | 9/23/2011 |
| **CASE TITLE** | Peoria Tazewell Pathology Group vs. Jack Messmore | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motion to dismiss [28] is granted in its entirety. Enter Memorandum Opinion and Order. Civil case closed. Any pending dates or motions are moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

11C4317 Peoria Tazewell Pathology Group vs. Jack Messmore    Page 1 of 1