

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| Peoria Tazewell Patholugy Gruop | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    11 C 4317 |
| Jack Messmore | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X   other   For the reasons stated in the Court's 9/23/11 memorandum opinion and order, defendants' motion to dismiss [28] is granted in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   Sep 23, 2011            *Michael W. Dobbins, CLERK OF COURT*

                                                                Melanie A. Foster

                                                                   *Deputy Clerk*